1  KHOA D. LE
   State Bar No. 243087
2   28581 Old Town Front Street, Suite 200
    Temecula, CA 92590
3   Telephone: (951) 699-5801
    Fax: (951) 699-5802
4   E-mail: kle@kdlelaw.com
   *Attorney for Plaintiff Dwain Williams*

   XAVIER BECERRA
   Attorney General of California
   DAMON G. MCCLAIN
   Supervising Deputy Attorney General
   TRACE O. MAIORINO
   Deputy Attorney General
   State Bar No. 179749
    455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
    Telephone: (415) 703-5975
    Fax: (415) 703-5843
    E-mail: Trace.Maiorino@doj.ca.gov
   *Attorneys for Defendants State of California,
   California Department of Corrections and
   Rehabilitation, Correctional Training Facility,
   Spearman, and Chamberlain*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **DWAIN WILLIAMS, BY AND THROUGH HIS GUARDIAN AD LITEM, SHARYN WILLIAMS,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | 17-cv-02511-HSG<br><br>**ORDER AND STIPULATION CONCERNING THE LIMITED EVIDENTIARY HEARING**<br><br>Time: 1:00 p.m.<br>Dept: Courtroom 2, 4th Fl.<br>Judge: The Honorable Haywood S. Gilliam, Jr.<br>Trial Date: n/a<br>Action Filed: 5/8/2017 |

1

# BACKGROUND

This matter is still in the pleading stages and formal discovery has not begun. The Court has set a limited evidentiary hearing to address Defendants' motion for summary judgment "regarding whether Plaintiff exhausted his administrative remedies under the Prison Litigation Reform Act. *See* Dkt. No. 8 (pending motion for summary judgment); *cf Albino v. Baca*, 747 F.3d 1162, 1168 (9th Cir. 2014) (permitting limited preliminary proceeding to "decide disputed questions of fact")." (Ct. Order, ECF No. 19.)

The hearing is to be "limited to whether Plaintiff filed any inmate appeals with the Soledad Correctional Training Facility after January 6, 2016, the date of his alleged incapacity. *See* Dkt. No. 10 at 5; Dkt. No. 1-1 ¶¶ 11, 17-18, 30. This includes the two inmate appeals, dated August 26, 2016, and September 16, 2016, that Defendants filed as Exhibit B to their reply brief in support of the pending motion. *See* Dkt. No. 13-2, Ex. B." (*Id.*)

"To guide this limited inquiry, Defendants should prepare the following witnesses: (1) the custodian of records for the Soledad Correctional Training Facility who can authenticate and testify about the processing of the two above-referenced inmate appeals; (2) all individuals who assisted Plaintiff in filing the above-referenced inmate appeals; and (3) someone who can describe the process by which a third-party outside the Soledad Correctional Training Facility can assist inmates in preparing and filing an inmate appeal, as permitted by Title 15 of the California Code of Regulations, § 3084.2." (*Id.*)

The Court initially set a September 20, 2017 evidentiary hearing. (*Id.*) Plaintiff's Counsel, however, advised the Court of his conflicts with the September 20, 2017 hearing date during a telephone case management conference on August 25, 2017. (*See* ECF No. 27.) The Court ordered the parties to meet and confer concerning this matter and to submit a proposed schedule. The parties have conferred and submit the following stipulation to the Court.

/ / /

/ / /

/ / /

/ / /

2

**STIPULATION**

| | |
|---|---|
| October 6, 2017 | Disclosure of Potential Witnesses and Exhibits |
| October 27, 2017 | Limited Evidentiary Hearing<br>1:00 p.m., Courtroom 2, 4th Fl.<br>1301 Clay Street, Oakland, CA 94612 |

IT IS SO STIPULATED.

Dated:_____  By: _____
　　　　　　　　　　　　　 KHOA D. LE
　　　　　　　　　　　　　 *Attorney for Plaintiff Dwain Williams*

Dated:_____  By: _____
　　　　　　　　　　　　　 TRACE O. MAIORINO
　　　　　　　　　　　　　 Deputy Attorney General
　　　　　　　　　　　　　 *Attorneys for State of California, California Department of Corrections and Rehabilitation, Correctional Training Facility, Spearman, and Chamberlain*

3

Order & Stip. Concerning Limited Evidentiary Hr'g (17-cv-02511-HSG)

**ORDER**

In light of the stipulation between the parties, the Court vacates its order setting a September 20, 2017 limited evidentiary hearing and orders the following schedule:

| | |
|---|---|
| October 6, 2017 | Disclosure of Potential Witnesses and Exhibits |
| October 27, 2017 | Limited Evidentiary Hearing<br>1:00 p.m., Courtroom 2, 4th Fl.<br>1301 Clay Street, Oakland, CA 94612 |

IT IS SO ORDERED.

Dated: September 12, 2017

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

4

Order & Stip. Concerning Limited Evidentiary Hr'g  (17-cv-02511-HSG)