# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN WILLIAMS,<br>　　　　Plaintiff,<br>　v.<br>STATE OF CALIFORNIA, et al.,<br>　　　　Defendants. | Case No. 17-cv-02511-HSG<br>**ORDER RE VIDEO CONFERENCE TESTIMONY AT EVIDENTIARY HEARING** |

Pending before the Court is Defendants' motion for summary judgment for failure to exhaust administrative remedies. *See* Dkt. No. 8. Following the hearing and supplemental briefing on the motion, the Court scheduled a limited evidentiary hearing to determine whether Plaintiff Dwain Williams exhausted the available administrative remedies under the Prison Litigation Reform Act. Dkt. No. 19. On October 6, 2017, Defendants identified Timothy William Brown as one of their witnesses for the October 27, 2017, evidentiary hearing because of Mr. Brown's role in assisting Plaintiff with an inmate appeal. *See* Dkt. No. 32 at 3. Mr. Brown is currently incarcerated at the California Health Care Facility (CDCR No. G38339). *Id.* To facilitate Mr. Brown's testimony, the Court **ORDERS** that Mr. Brown may testify via video conference from the California Health Care Facility. Defendants shall coordinate with the Court's deputy clerk to ensure the video conference is set up in advance of the hearing.

**IT IS SO ORDERED.**

Dated: 10/16/2017

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge