UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN WILLIAMS,<br>    Plaintiff,<br>v.<br>STATE OF CALIFORNIA, et al.,<br>    Defendants. | Case No. 17-cv-02511-HSG<br><br>**JUDGMENT** |

Judgment is hereby entered consistent with the Court's Order Granting Motion for Summary Judgment,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 6th day of November, 2017.

Susan Y. Soong
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.